## ROBINSON *v.* BRUCE.

[No. 12,146.    Filed October 16, 1925.]

From Hamilton Circuit Court; *Fred E. Hines,* Judge.

Action between Charles Robinson and Casselman L. Bruce. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Christian & Waltz,* for appellant
*Willkie & Willkie,* for appellee.

PER CURIAM.—Judgment affirmed.


## HICKS *v.* ARMOUR AND COMPANY.

[No. 12,446.    Filed October 16, 1925.]

From Industrial Board of Indiana.

Proceedings under the Workmen's Compensation Act between Richard Hicks and Armour and Company. From the order made therein, the former appeals. *Appeal dismissed.* By the court in banc.

*E. L. Johnson* and *Joseph K. Brown,* for appellant.
*J. D. Pierce,* for appellee.

REMY, C. J.—Dismissed on authority of *Highfield* v. *Duffy* (1917), 64 Ind. App. 102, 115 N. E. 347.


## SMITH *v.* HOADLEY STONE COMPANY ET AL.

[No. 12,372.    Filed October 16, 1925.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Leonard O. Smith and the Hoadley Stone Company and another. From the order made therein, the former appeals. *Affirmed.* By the court in banc.

*Slinkard & Slinkard,* for appellant.
*Joseph W. Hutchinson,* for appellees.

PER CURIAM.—Judgment affirmed.